# LAW OFFICE OF ELIZABETH M. FINK
36 PLAZA STREET • BROOKLYN, NEW YORK 11238
(718) 783-3682 • FAX (718) 783-5853 • WWW.FKOLAW.COM

Sarah Kunstler, Of Counsel

August 20, 2012

The Honorable Paul G. Gardephe  
United States District Court  
Southern District of New York  
United States Courthouse  
500 Pearl Street  
New York, NY 10007

VIA FACSIMILE: (212) 805-7986

USDC SDNY  
DOCUMENT  
ELECTRONICALLY FILED  
DOC #: _____  
DATE FILED: 8/21/12

Re: *United States v. Anna Zaichik*, 10 Cr. 0895 (PGG)

Dear Judge Gardephe:

    I represent Anna Zaichik in the above-referenced matter. I am writing to request permission for Ms. Zaichik to travel to Daytona Beach, Florida with her husband. They will be leaving on August 22, 2012, and returning on September 3, 2012, and traveling by car. Neither the government nor Pre-trial Services object to this application.

    Thank you for your kind consideration in this matter.

Respectfully yours,

*Elizabeth M. Fink*

Elizabeth Fink  
Attorney for Anna Zaichik

CC: AUSA Jennifer Burns, Pre-Trial Services Officer Thomas Marino

**MEMO ENDORSED**

The Application is **granted**.

SO ORDERED:

_____  
Paul G. Gardephe, U.S.D.J.

Dated: August 21, 2012